**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**ESTEFANIA ARIZA SARMIENTO,**

**Petitioner,**

**v.** **Civil Action No. 3:26cv1036**

**WARDEN/SOUTH LOUISIANA ICE PROCESSING CENTER,**

**Respondent.**

## MEMORANDUM OPINION

Petitioner, a United States detainee, submitted a petition pursuant to 28 U.S.C. § 2241 ("§ 2241 Petition") challenging her continued detention. Petitioner is currently detained in the South Louisiana ICE Processing Center in Basile, Louisiana. (ECF No. 1, at 12.) "Whenever a § 2241 habeas petitioner seeks to challenge [her] present physical custody within the United States, [she] should name [her] warden as respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004)); *see Suri v. Trump*, 184 F.4th 260, 276 (4th Cir. 2026);[1] 28 U.S.C. §2242. "When applying these rules, [the Court] generally look[s] to where the petitioner was confined when their petition was filed." *See Suri*, 184 F.4th at 276 (citation omitted). Petitioner was, and is, detained in the South Louisiana ICE Processing Center in Basile, Louisiana. Accordingly, Petitioner must pursue her § 2241 Petition in the

---

[1] The United States Court of Appeals for the Fourth Circuit has acknowledged that there are exceptions to the district-of-confinement rule. *Suri*, 184 F.4th at 276–81 (describing exceptions to the district-of-confinement rule where a petitioner's current custodian is unknown, where it cannot be reasonably determined where petitioner was confined, or where officials transferred a petitioner in order to make it difficult for an attorney to know where to file the petition). Here, however, Petitioner was very clearly detained in Louisiana at the time she filed her § 2241 Petition and simply filed in the wrong court.

United States District Court for the Western District of Louisiana. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. Petitioner remains free to refile the action in the district of her detention.

An appropriate Order shall accompany this Memorandum Opinion

/s/
M. Hannah Lauck
Chief United States District Judge

Date: 11/10/26
Richmond, Virginia